B1 (Official Form 1) (4/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Myers, Charles M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Myers, Brenda L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6815** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3555** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4606 Signature Drive**<br>**Middleton, WI**     ZIPCODE **53562** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4606 Signature Drive**<br>**Middleton, WI**     ZIPCODE **53562** |
| County of Residence or of the Principal Place of Business:<br>**Dane** | County of Residence or of the Principal Place of Business:<br>**Dane** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**7609 Elmwood Avenue Suite 105, Middleton, WI**     ZIPCODE **53562**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10)  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Myers, Charles M. & Myers, Brenda L.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Myers, Charles M. & Myers, Brenda L.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles M. Myers**
Signature of Debtor   **Charles M. Myers**

X **/s/ Brenda L. Myers**
Signature of Joint Debtor   **Brenda L. Myers**

Telephone Number (If not represented by attorney)

**April  1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Michael E. Kepler**
Signature of Attorney for Debtor(s)

**Michael E. Kepler 1014784
Kepler & Peyton
634 W. Main Street Suite 202
Madison, WI  53703**

**April  1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Western District of Wisconsin

IN RE:                                                                    Case No. _____

**Myers, Charles M.**                                                     Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: ***/s/ Charles M. Myers*** _____

Date: **April  1, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Western District of Wisconsin

IN RE:                                                                          Case No. _____

**Myers, Brenda L.** _____   Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Brenda L. Myers** _____

Date: **April  1, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A To Z Plumbing & Heating, Inc.
1316 West Lakeshore Drive
Ashland, WI  54806


A To Z Rentall & Sales, Inc.
209 South Stoughton Road
Madison, WI  53714


Aadvantage Pro Window
6701 Seybold Road
Madison, WI  53719


Abbybank
401 East Spruce Street
O Box 648
Abbottsford, WI  54405


Accent Lawn Care
1708 Park Street
Middleton, WI  53562


Action Plumbing & Air, Inc.
899 South Bird Street
Sun Prairie, WI  53590


Adams Outdoor Advertising
102 East Badger Road
Madison, WI  53713


Advantage Copying And Printing
PO Box 253
Dodgeville, WI  53533

Advantage Tape Advertising, Inc.
Suite 220
7400 Metro Boulevard
Edina, MN  55439


Advertisers Press, Inc.
2222 Parview Road
Middleton, WI  53562-2585


Advertising Creations, Inc.
2618 Industrial Drive
Madison, WI  53713


Air Temperature Services, Inc.
PO Box 229
McFarland, WI  53558


Airgas National Carbonation
504 Voges Road
Madison, WI  53715


Allegiance Marketing Co.
10651 Miles Road
Trego, WI  54888


Amcore Bank, NA dba Harris Bank
C/O Gregory A. Biegel
6833 Stalter Drive
Rockford, IL  61108-2579


American Express
PO Box 981540
El Paso, TX  79998

American Express
PO Box 4745
Los Angeles, CA  90051


American Stock Transfer
6201 15th Avenue
Brooklyn, NY  11219


Ameripride Services
219 East 19th Street
Hibbing, MN  55746


Anchor Bank
25 West Main Street
Madison, WI  53703


Anchor Bank, FSB
25 West Main Street
Madison, WI  53703


Applied Media Technologies
4091 AMTC Center Drive
Clearwater, FL  33764-6976


Aramark Uniform Services
1212 North Stoughton Road
Madison, WI  53714


Armstrong Teasdale, LLP
Suite 2000
2345 Grand Boulevard
Kansas City, MO  64108

```
Arthur's
C/O Jonn Kaul
Highway 14 & 16
Spring Green, WI   53588


Ash Lakeshore, LLC
4606 Signature Drive
Middleton, WI   53562


Ash Lakeshore, LLC
620 Lake Shore Drive East
Ashland, WI   54806


Ashland City Treasurer
601 Main Street West
Ashland, WI   54806


Ashland County Treasurer
201 West Main Street
Ashland, WI   54806


AT&T Mobility
PO Box 5082
Saginaw, MI   48605


Atty Gregory Collins
P.O. Box 1767
Madison, WI   53701


Badger Cab Co.
303 South Ingersoll Street
Madison, WI   53703


Badger Press, Inc.
100 East Blackhawk Drive
Fort Atkinson, WI   53538
```

Badger Sports Properties
505 Hobbs Road
Jefferson City, MO  65109


Bank Of America
PO Box 851001
Dallas, TX  75285-1001


Bank Of America
PO Box 851001
Dallas, TX  75285


Baraboo Tent & Awning, Inc.
111 Walnut Street
Baraboo, WI  53913


Barnes, Inc.
6433 Nesbitt Road
Madison, WI  53719


Bayview Loan Associates, LLC
4425 Ponce De Leon Blvd 5th Floor
Coral Gables, FL  33146


Benjamin Welch
620 Lakeshore Drive
Ashland, WI  54806


Best Restaurant Equipment
402 Business Park
Columbus, OH  43204


Best Western Stillwater
Suite 211
1600 North Lorraine
Hutchinson, KS  67501

BGH Properties, LLC
330 W. Marion Avenue
Forsyth, IL  62535


Bill's Lawn Service
205 Paoli Street
Verona, WI  53593


Bishop's Bay Country Club
PO Box 2038
Madison, WI  53701


BIT 360
2902 Agriculture Drive
Madison, WI  53718


Brandbox
4911 Commerce Street
McFarland, WI  53558


Braun Thyssen Krupp Elevators
2829 Royal Avenue
Madison, WI  53713


Camelot Interiors, Inc.
Suite 105
7609 Elmwood Avenue
Middleton, WI  53562


Capfinancial Properties CV3, LLC
C/O Thomas J. Casey
PO Box 140
Mauston, WI  53948-0140

Capital Fire & Security
1308 Regent Street
Madison, WI  53715


Capital Newspapers
PO Box 14080
Madison, WI  53708


Capitol Air Systems
3444 Capital Drive
Sun Prairie, WI  53590


Capitol Deming Way
PO Box 44507
Madison, WI  53744


Capitol Indemnity Corporation
1600 Aspen Commons
Middleton, WI  53562


Capitol JFK III LLC
28 Schroeder Court
Madison, WI  53711


Capitol JFK III LLC
PO Box 44507
Madison, WI  53711


Carisolo, Inc.
S11251 Fairview Road
Spring Green, WI  53588


Central Ceiling Systems
105 North Industrial Park
Deerfield, WI  53531

Centurylink
PO Box 4300
Carol Stream, IL   60197-4300


Charles M. Myers
4606 Signature Drive
Middleton, WI   53562


Choice Hotels International
10770 Columbia Pike
Silver Springs, MD   20901


Cintas Corporation No. 2
PO Box 97627
Chicago, IL   60678


Cintas Corporation-Chicago
97627 Eagle Way
Chicago, IL   60678


Cintas Uniforms
97627 Eagle Way
Chicago, IL   60678


CIT Technology Financial Services
Microsoft Customer Center
Jacksonville, FL   32255


City Of Beaver Dam
2015 South Lincoln Avenue
Beaver Dam, WI   53916


City Of Madison Fire Department
525 West Johnson Street
Madison, WI   53703

City Of Madison Treasurer
PO Box 2997
Madison, WI  53701


City Of Sparta Treasurer
201 West Oak Street
Sparta, WI  54656


CK Of Green Bay West
1292 Parkview Road
Green Bay, WI  54304


CK Of Rhinlander
1292 Parkview Road
Green Bay, WI  54304


CK Restaurants, Inc.
4606 Signature Drive
Middleton, WI  53562


CK Wisconsin Dells
801 Deming Way
Madison, WI  53744


Clear Channel Broadcasting
200 Basse Road
San Antonio, TX  78209


Cleveland Menu Printing, Inc.
1441 East 17th Street
Cleveland, OH  44144


Cleveland-Menu Printing, Inc.
1441 17th Street
Cleveland, OH  44144

Combs II, Inc.
PO Box 444
Lebanon, OH   45036


Combs, Inc.
PO Box 444
Lebanon, OH   44144


Combs-Wanette K Combs
PO Box 1073
Hamilton, OH   45012


Community First Bank
129 8th Avenue
Baraboo, WI   53913


Community First Bank
925 Wisconsin Avenue
Boscobel, WI   53805


Community First Bank
PO Box 129
Baraboo, WI   53913


Community First Bank
325 North First Street
PO Box 968
La Crosse, WI   54602-0968


Corporate Express, Inc.
PO Box 71217
Chicago, IL   60694


Corporation Service Co.
2711 Centerville Road
Wilmington, DE   19808

Country Kitchen International
8413 Excelsior Drive
Madison, WI  53717


Coverall North America
PO Box 1450
Minneapolis, MN  55485


CRM - Certified Refrigeration
1585 Greenway Cross
Madison, WI  53713


D&S Services
2805 Holmes Road
Ashland, WI  54806


Dairy State Bank
16 South Main Street
Rice Lake, WI  54868


Dairy State Bank
Attn: Greg Tinker
16 South Main Street
Rice Lake, WI  54868


Dallenbach, Anich & Wickman, SC
220 Sixth Avenue
PO Box 677
Ashland, WI  54806-0677


David F. and Karen Hults
1819 Scott Circle
Stoughton, WI  53589

David F. Hults
1819 Scott Circle
Stoughton, WI  53589


David F. Hults
102 Frigate Drive
Stoughton, WI  53589


Daymark Food Safety Systems
12830 South Dixie Highway
Bowlng Green, OH  43402


Daymark Food Safety Systems
12830 South Dixie Highway
Bowling Green, OH  43402


Degolier Printing
PO Box 365
Sun Prairie, WI  53590


Dennis M. Kofoot
641 11th NE
Stoughton, WI  53744


Denzer CO2 & Service, Inc.
197 Walsch Road
Middleton, WI  53562


Department Of Workforce Development
PO Box 7945
Madison, WI  53707-7945


DeWitt, Ross & Stevens
Suite 600
Two East Mifflin Street
Madison, WI  53703-2865

Dickinson Press
PO Box 1367
Dickenson, MD  58602


Direct TV
417 Bridge Street
Danville, PA  24541


Discover Card
PO Box 6103
Carol Stream, IL  60197-6103


Don's Plumbing Service, Inc.
1003 East Clifton Street
Tomah, WI  54660


Doyle TV & Electronics, Inc.
1525 West Avenue South
La Crosse, WI  54602


Draft Pro Systems
5521 North Cook Street
McFarland, WI  53558


Drake & Co. Of Madison, Inc.
660 West Washington Avenue
Madison, WI  53703


Dunham Express Corporation
363 Lexington Avenue
Madison, WI  53714


Dunham Express Corporation
PO Box 7311
Madison, WI  53707

Ecolab
PO Box 70343
Chicago, IL  60673-0343


Ecolab, Inc.
PO Box 703403
Chicago, IL  60673


Edison West Liquor
445 Robertson Road
Middleton, WI  53562


Eileen Mader
169 Twin Lake Circle
Green Bay, WI  54311


Ellingson Pro Clean, Inc.
PO Box 45165
Madison, WI  53744-5165


Endres Manufacturing Co.
802 Century Avenue
Waunakee, WI  53597


Estate Of Jean Stanley
C/O Timothy Stanley, PR
5404 Midmore Road
Monona, WI  53716


Faren Electric, Inc.
7733 Terrace Avenue
Middleton, WI  53562


Farmers & Merchants Union Bank
159 West James Street
Columbus, WI  53925

Fire & Safety Equipment, Inc.
PO Box 53
Wautoma, WI  54982


Ford Credit
PO Box 790093
St. Louis, MO  63179


Fowler Company, LLC
C/O Randall Andersen
One Point Place, Suite 201
Madison, WI  53719-2809


Gammon Restaurant, LLC
402 Gammon Place
Madison, WI  53719


General Beer Distributors Co.
6169 McKee Road
Madison, WI  53719


General Beverage Sales Co.
PO Box 44326
Madison, WI  53744


George Colletti, Jr.
5105 West Clayton Road
Madison, WI  53711


Gerald R. Sanford
C/O Matthew P. Gerdisch
4650 North Port Washington Road
Milwaukee, WI  53212

Grainger
5959 West Howard Street
Niles, IL   60714


Gray Plant Mooty
3400 City Center
33 South 6th Street
Minneapolis, MN   55402


Green Valley Disposal
PO Box 473
Waunakee, WI   53557


Guardian Pest Control, Inc.
761 East 4th Street
Duluth, MN   55805


H&H Uniforms
111 Sierra Street
El Segundo, CA   90245


Haggar Audio Productions
4902 Hammersley Road
Madison, WI   53711


Harold H. Hoesley
713 1st Avenue South
Terra Vista, FL   33715


Heartland Structures
1249 Velp Avenue
Green Bay, WI   54303


Hellenbrand Water Center
509 West Main Street
Waunakee, WI   53597

Hiebing's Refrigeration
3538 Windsor Road
DeForest, WI  53532


Hiebings Refrigeration, Inc.
3538 Windsor Road
DeForest, WI  53532


Hobart
3950 Commercial Avenue
Madison, WI  53714


Hometown Bank
245 North Peters Avenue
Fond Du Lac, WI  54935


Hometown Bank
PO Box 2293
Fond Du Lac, WI  54936


Hospitality Mints, LLC
PO Drawer 3140
Boone, NC  28607


Houmanns Fish & Seafood
1026 Liberty Street
Racine, WI  53404


HP2
7830 West Hicks Street
West Allis, WI  53219


Huntfish TV
714 Wilson Street
Winona, MN  55987

Images Plus Of Wisconsin, LLC
2819 Bryant Road
Madison, WI  53713


Internal Revenue Service
Insolvency Administration
P.O. Box 21126
Philadelphia, PA  19154


Isthmus Publishing
101 King Street
Madison, WI  53703


Jani-King Of Madison
Suite 900
200 North Patrick Boulevard
Brookfield, WI  53045


JF Ahern
4247 Argosy Court
Middleton, WI  53562


Jocelyn McWilliams
17200 County Road O
Mineral Point, WI  53565


Just In Time Refrigeration
447 Ollie Street
Cottage Grove, WI  53527


Kayser Automotive Group
2303 Beltline Highway
Madison, WI  53713

Kitchen Investment Group
Suite 160
8413 Excelsior
Madison, WI  53717


Kitchen Investment Group, Inc.
4606 Signature Drive
Middleton, WI  53562


Lichtfeld Plumbing
5001 Femrite Drive
Madison, WI  53716


Luann Myers
7347 State 6 NE
Remer, MN  56672


M&I Bank
770 North Water Street
Milwaukee, WI  53202


M&I Marshall & Ilsley Bank
7447 University Avenue
Middleton, WI  53562


Madison Concrete Pipe, Inc.
3725 Lexington Avenue
Madison, WI  53714


Madison Gas & Electric
PO Box 1231
Madison, WI  53701-1231


Madison Magazine
7025 Raymond Road
Madison, WI  53719

Madison Sourdough Co.
6642 Mineral Point Road
Madison, WI  53705


Madison Window Cleaning
210 South Dickinson Street
Madison, WI  53703


Makin Hey Communications
6417 Ulrich Terrace
Madison, WI  53719


Maly Ceramic Tile Co.
5353 Maly Road
Madison, WI  53711


Manthe Lawn Care & Landscaping
7673 Werner Roda
DeForest, WI  53532


Maple Leaf, Inc.
2416 Spring Rose Road
Verona, WI  53593


Margaret Schneider
3227 Ebner Coulee Road
La Crosse, WI  54601


Mark Borns
10 Odana Ct.
Madison, WI  53719


Meg Post
PO Box 44965
Madison, WI  53744

Modern Heating & Cooling
10050 Highway 14
Black Earth, WI   53515


Modular Hardware
6765 West Ina Road
Tucson, AZ   85743


Monona Plumbing And Fire
3126 Watford Way
Madison, WI   53713


Monroe County Treasurer
Room 3
202 South K Street
Sparta, WI   54656


Monroe County Visitor
101 16th Street, NE
Rochester, MN   55906


Mueller Auto Leasing, Inc.
2060 Omro Road
Oshkosh, WI   54904


Murphy Desmond, SC
33 East Main Street, Suite 500
PO Box 2038
Madison, WI   53701-2038


Myers Real Estate, LLC
4606 Signature Drive
Middleton, WI   53562

N.E.W. Printing Co., Inc.
1718 East Wisconsin Avenue
Appleton, WI  54911


Nathan Leong
P.O. Box 1807
Madison, WI  53701-1807


National Business Products
4000 American Parkway
Madison, WI  53718


National Elevator Inspection
#130
1108 Millpark Drive
Maryland Heights, MO  63043


Oak Bank
Suite 100
5951 McKee Road
Fitchburg, WI  53719


Office Depot
Dept. 56-8100165372
PO Box 30292
Salt Lake City, UT  84230


Office Depot
PO Box 83040
Chicago, IL  60691


Orde Signs & Graphics, Inc.
1825 Nimitz Drive
De Pere, WI  54115

Packer Valley Builders
227 Clairville Road
Oshkosh, WI  54904


Packer Valley Clairville Road
2277 Clairville Road
Oshkosh, WI  54901


Park Printing House, Ltd.
550 East Verona Avenue
Verona, WI  53597


PCM Technologies
1803 Gears Road
Houston, TX  77067


Phillips Distributing Corp.
3010 Nob Hill Road
Madison, WI  53713


Pincraft
4111 Ocean View Blvd.
Montrose, CA  91020


Pitney Bowes, Inc.
47 Park Place
Appleton, WI  54915


Pitney Bowest Global Finance
47 Park Place
Appleton, WI  54915


PKK Lighting, Inc.
7182 Highway 14
Middleton, WI  53562

Plunkett's Pest Control
40 NE 52 Way
Fridley, MN  55421-1014


Pogo-On-Board, Inc.
PO Box 1128
East Gandby, CT  06026


Purchase Power
PO Box 85042
Louisville, KY  40285


Pyramid Telephone Service
1585 Greenway Cross
Madison, WI  53717


Pyramid Telephone Service
4307 Triangle Street
MdFarland, WI  53558


Quality Printing Co.
2390 Industrial Drive
Neenah, WI  54596


Radlund Photography, Inc.
4704 Pflaum Road
Madison, WI  53718


Red Book Solutions
4550 South Wyndermere
Englewood, CO  80110


Reinhart Food Services
PO Box 556
Shawano, WI  54166

Reinhart Food Services
1500 St. James Street
PO Box 2859
La Crosse, WI  54602


Reisinger, Inc.
900 Hoeschler Drive
PO Box 397
Sparta, WI  54656


Restaurant Technologies, Inc.
2250 Pilot Knob Road
Mendota Heights, MN  55120


River City Distributing Co.
1224 Clark Street
Watertown, WI  53094


Ron's Refrigeration & AC, Inc.
2431 49th Street South
Wisconsin Rapids, WI  54494


RX Third Party Solutions
2650 Thousand Oaks Boulevard
Memphis, TN  38118


SA-SO
PO Box 6213
Carol Stream, IL  60197


Sanimax AGS, Inc.
39998 Treasury Center
Chicago, IL  60694-9900

Sanimax USA
PO Box 10067
Green Bay, WI  54307


SDCR Business Systems, Inc.
7940 Arjons Drive
San Diego, CA  92126


Smith & Gesteland, LLP
PO Box 1764
Madison, WI  53701


Society Insurance
150 Camelot Drive
Fond Du Lac, WI  54935


Southern Wisconsin Roofing
902 Watson Avenue
Madison, WI  53713


Spa Avon, LLC
4606 Signature Drive
Middleton, WI  53562


Steven Chiquoine
P.O. Box 399
Reedsburg, WI  53959-0399


Summit Marketing Group
PO Box 2962
Upper Darby, PA  19082


Superior Billboard Images
12400 County Road 192
Savanah, MO  64485

Superior Plumbing & Mechanical
PO Box 90
Baraboo, WI  53913


Suzie Haviland
702 N. High Pt. Rd. #100
Madison, WI  53717


Sysco Baraboo, LLC
910 South Boulevard
Baraboo, WI  53913


Sysco Central Illinois
C/O Charles Y. Davis
PO Box 2459
Springfield, IL  62705


Sysco Food Services Of Baraboo
910 South Boulevard
Baraboo, WI  53913


Sysco Foods Of Baraboo
PO Box 90
Baraboo, WI  53913


Sysco Foods Of Baraboo
910 South Boulevard
Baraboo, WI  53913


T.J. Dalton FD&C
7182 West Highway 14
Middleton, WI  53562


TDS Metrocom
PO Box 1019
Monroe, WI  53566

```
TDS Telecom
PO Box 3185
Miwlaukee, WI  53201


TDS Telecom
PO Box 94510
Palatine, IL  60094-4510


Team Trivia
PO Box 212
Brookfield, WI  53008


The Daily Cardinal
821 University Avenue
Madison, WI  53706


The Gallery Collection
PO Box 360
Ridgefield, NJ  07660-0360


The Onion
1901 Fish Hatchery Road
Madison, WI  53713


The Wasserstrom Co.
488 West Broad Street
Columbus, OH  43215


Theis Printing, Inc.
501 East 3rd Street
Winona, MN  55987


Thomas  and Eileen Mader
1649 Twin Lake Circle
Green Bay, WI  54311
```

Thomas McWilliams
17200 County Road O
Mineral Point, WI  53565


Tilted Kilt
4606 Signature Drive
Middleton, WI  53562


TMS Graphics, Inc.
PO Box 665
Huntley, GA  60142


Tools Of Marketing, Inc.
E11328 Sauk Prairie Road
Prairie Du Sac, 53


Torke Coffee Roasting Co.
3455 Prairie Avenue
Sheboygan, WI  53082


Total Water Treatment
5002 World Dairy Drive
Madison, WI  53718


Trabon Printing
400 East Bannister Road
Kansas City, MO  64131


Traffic Generators
Suite 625
303 Peachtree Center Avenue
Atlanta, GA  30303


Traver Graphics, Inc.
2820 Wilderness Place F
Boulder, CO  80301

Tru Green Chemlawn Madison
PO Box 188
Madison, WI  53716


US Attorney
P.O. Box 1585
Madison, WI  53701-1585


US Bank
PO Box 790408
St. Louis, MO  63179


US Bank
PO Box 790084
St. Louis, MO  63179-0084


Valassis
One Targeting Center
Windsor, CT  06095


Vondra  Engraving, Inc.
PO Box 259448
Madison, WI  53725


Warren Heating & Air
1741 Commercial Avenue
Madison, WI  53704


Waste Management Of Madison
2418 West Badger Road
Madison, WI  53713


Waste Management Of Wisconsin
W132 N10487 Grant Drive
Germantown, WI  53022

Waste Management Of Wisconsin
PO Box 2046
Milwaukee, WI  53201


WD1, LLC
11th Floor
101 North Brand Boulevard
Glendale, CA  91203


WE Energies
PO Box 2046
Milwaukee, WI  53201


WE Energies
231 West Michigan Street
PO Box 2046
Milwaukee, WI  53201


Wells Fargo Financial
PO Box 7777
San Francisco, CA  94120-7777


Welter Storage Equipment Co.
1052 South Main Street
Monticello, IA  52310


West Side Warehouse, LLP
7182 West Highway 14
Middleton, WI  53562


West Towne TK, LLC
4606 Signature Drive
Middleton, WI  53562

Wil-Kil Pest Control
3631 Capital Drive
Sun Prairie, WI  53590


William C. Arnold
20671 Hwy 27
Sparta, WI  54656-3670


Winning Edge, Inc.
1821 Halgren Road
Maple Plain, MN  55359


Wisconsin Department Of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI  53708-8901


Wisconsin Department Of Revenue
PO Box 93389
Madison, WI  53293-0389


Wisconsin Department Of Revenue
PO Box 93389
Madison, WI  53708-8901


Wisconsin Department Of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI  53708-8901


WPS
PO Box 8190
Madison, WI  53708

Xcel Energy
PO Box 9477
Minneapolis, MN  55484-9477


Xcel Energy
PO Box 781494
Indianapolis, IN  46278-8494


Y Advertise
163A Paoli Street
Verona, WI  53593


Zap Props
3611 South Loomis Place
Chicago, IL  60609


Zillman Advertising
1 North Pinckney Street
Madison, WI  53703