UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In Re:                                    Bankruptcy Case No. 11-12135

Charles M. and Brenda L. Myers,

    Debtors.

---

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS**

---

To:   Honorable Robert D. Martin

PLEASE TAKE NOTICE that the debtors herein by their attorneys, Kepler & Peyton by Michael E. Kepler, and move the Court for an Order extending the time to file the Bankruptcy Schedules and Statement of Financial Affairs and related documents to April 29, 2011. In support thereof, the debtors state as follows:

1. Their affairs are complicated with a significant amount of debt and a significant amount of creditors.

2. Putting all the information together within the two-week period is going to be impossible, and an extension is required.

3. Extending the time to April 29, 2011 will allow time to put together the schedules and Statement of Financial Affairs in good fashion.

4. The Meeting of Creditors is not scheduled until May 16, 2011 which will give sufficient time to the Trustee to examine the schedules prior to the Meeting.

WHEREFORE, the debtors move the Court for an extension of time to April 29, 2011 to file the Bankruptcy Schedules, Statement of Affairs, and related documents.

Dated this 15th day of April, 2011.

**KEPLER & PEYTON**

*[signature]*

Michael E. Kepler
Attorneys for Debtors

634 W. Main St., Ste. 202
Madison, WI 53703
(608) 257-5424